682

Present —
Goldman, P. J., Marsh, Witmer, Gabrielli and Moule, JJ.
COUNTY OF ONONDAGA, Acting for and on Behalf of Onondaga County
Water District, Appellant, v. GREGORY BANOS, Respondent. (Appeal No. 2.) —

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Moule, JJ.
JOYCE E. MOORHEAD, Respondent, v. L. EDGAR HUMMEL, as Superin-
tendent of Meyer Memorial Hospital, et al., Appellants.—

Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.

In the Matter of the CITY OF ROCHESTER, Respondent, Relative to Acquiring Title to Real Property in the Area Known as GENESEE CROSSROADS. M. J. HERMAN, Individually and as Trustee of the Estate of HARRY HERMAN, Deceased, et al., Appellants.—